# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                         )
                 Plaintiff               )    CRIMINAL NO. 08mj2229
                                         )
                                         )              ORDER
             vs.                         )
                                         )    RELEASING MATERIAL WITNESS
Gary Eugene Callahan                     )
                                         )    Booking No.
                 Defendant(s)            )
_____  )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted)/ Case Disposed / Order of Court).

Erica Ortiz-Laguna

DATED: 7/31/08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by Rhea Rhone

**Deputy Clerk**

**R. Rhone**

☆ U.S. GPO: 2003-581-774/70082