✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ERICK L. GUZMAN |
| Date | Signature |
|  | Print Name                           Bar Number |
|  | Address |
|  | City              State              Zip Code |
|  | Phone Number                         Fax Number |

1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Gary Eugene Callahan

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE JAN M. ADLER)**

11 | UNITED STATES OF AMERICA,      )   Case No. 08MJ2229
                                   )
12 |         Plaintiff,             )
                                   )
13 | v.                             )   **CERTIFICATE OF SERVICE**
                                   )
14 | GARY EUGENE CALLAHAN,          )
                                   )
15 |         Defendant.             )
   |_____)

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         Ciro Hernandez
                  cirolaw@aol.com,karmingia@aol.com; and

20                       U.S. Attorney CR
21                   Efile.dkt.gc2@usdoj.gov

22                              Respectfully submitted,

24 DATED:    August 5, 2008         /s/ Erick L. Guzman
                                   **ERICK L. GUZMAN**
25                                 Federal Defenders of San Diego, Inc.
                                   Attorneys for Gary Eugene Callahan